IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR 08-54 TUC JMR (CRP) |
| v. | ) ) | **O R D E R** |
| RANDY PATES, ET AL., | ) ) ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation; the Objection to the Report and Recommendation [Doc. 74]; the Government's Response [Doc. 75] and the Supplemental Objection to the Report and Recommendation [Doc. 83] having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated December 8, 2008.

IT IS FURTHER ORDERED the trial date of April 28, 2009 is reaffirmed.

DATED this 24th day of February, 2009.

_____
John M. Roll
Chief United States District Judge